# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| ADRIANO KRUEL BUDRI, §<br>Plaintiff, §<br>vs. §     Civil Action No. 3:19-CV-00409-E-BH<br>§<br>FIRSTFLEET INC., et. al, §<br>Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court are the Magistrate Judge's Findings, Conclusions, and Recommendation on Defendants' Motion for Rule 11 Sanctions and Brief of Law in Support Thereof (Doc. 109). Plaintiff has failed to object to the findings, conclusions, and recommendation within fourteen days as proscribed by Federal Rules of Civil Procedure 72(b)(2). After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the findings, conclusions, and recommendation are correct and free of clear error. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the Magistrate Judge are accepted. Defendants' Motion for Rule 11 Sanctions (Doc. 29), filed April 3, 2019, is **GRANTED in part** and **DENIED in part**. Plaintiff is reprimanded and strongly warned that future litigation against Defendants or any of their agents or employees arising out of the same facts underlying this case will result in the imposition of more severe sanctions, which may include monetary and injunctive sanctions and/or an additional bar preventing Plaintiff from filing any civil action in federal court without obtaining prior judicial authorization.

      **SO ORDERED.**

Signed October 29, 2019.

                                                  _____
                                                  ADA BROWN
                                                  UNITED STATES DISTRICT JUDGE