IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ADRIANO KRUEL BUDRI, <br> Plaintiff, <br> vs. <br><br> FIRSTFLEET INC., et. al, <br> Defendants. | Civil Action No. 3:19-CV-00409-E-BH |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE'S

On September 20, 2019, the Magistrate Judge entered Findings, Conclusions, and Recommendation on Defendants' Motion to Dismiss Plaintiffs' Final Amended Complaint for Damages (Doc. 108). Plaintiff filed timely objections on October 2, 2019 (Doc. 120) and further objections on October 5, 6, and 7, 2019 (Docs. 122, 123, 124 & 125).

After making an independent review of the pleadings, files, and records in this case and the findings, conclusions, and recommendation of the Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), together with *de novo* review of those portions to which objection was made, the Court is of the opinion that the findings, conclusions, and recommendation are correct. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the Magistrate Judge are accepted**.** Accordingly, Defendants' Motion to Dismiss Plaintiffs' Final Amended Complaint for Damages (Doc. 60), filed June 28, 2019, is **GRANTED**, and Plaintiff's claims under the STAA are **DISMISSED without prejudice** for lack of subject-matter jurisdiction, any claim asserted under the cat's paw theory of liability is *sua sponte* **DISMISSED with prejudice** for failure to state a claim, and all of Plaintiff's remaining claims are **DISMISSED with prejudice** for failure to state a claim.

**SO ORDERED.**

Signed October 29, 2019.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE